UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:11-M-1020

**FILED**

FEB 1 5 2013

UNITED STATES OF AMERICA )
)
v. ) ORDER
)
JESSICA EUGEANIA ADAMS )

The Government's motion is hereby granted. The case is dismissed.

2/15/2013
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE